UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| AMIRHESSAM ZAKERI,<br><br>               Plaintiff,<br><br>      v.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>              Defendant. | Case No.  22-cv-00559-VKD<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 35 |

On September 5, 2023, the parties filed a notice advising the Court that they had reached a "settlement in principle" and requesting that the Court vacate the upcoming hearings and deadlines to allow them to finalize their agreement.  Dkt. No. 34.  The next day, the Court issued an order declining to vacate any of the case deadlines.  Dkt. No. 35.  The order directed the parties to advise the Court once they have reached agreement on all material terms of a settlement.  *Id.*

The Court's most recent case management order sets a final pretrial conference for September 20, 2023.  Dkt. No. 28.  Pursuant to the Court's standing order, the parties were due to file their joint pretrial statement and lodge any exhibits on September 13, 2023.  *See* Standing Order re Pretrial Preparation §§ 3, 7.[1]

The parties did not file their pretrial materials on September 13, 2023, nor did they advise the Court that they had reached agreement on all material terms.  Accordingly, the Court orders lead counsel for the parties to appear **in person** in Courtroom 2, 5th Floor, 280 South First Street, San Jose, California 95113 on **September 20, 2023 at 10:00 a.m.** and show cause, if any, why the

---

[1] https://www.cand.uscourts.gov/wp-content/uploads/judges/demarchi-vkd/Standing_Order_Re_Pretrial_Preparation_August_2023.pdf

United States District Court
Northern District of California

case should not be dismissed with prejudice and/or why the parties should not be sanctioned for failure to comply with the Court's orders.

**IT IS SO ORDERED.**

Dated: September 14, 2023

VIRGINIA K. DEMARCHI
United States Magistrate Judge

United States District Court
Northern District of California