UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| AMIRHESSAM ZAKERI,<br><br>Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>Defendant. | Case No.  22-cv-00559-VKD<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL OR ENTRY OF JUDGMENT**<br><br>Re: Dkt. No. 48 |

On December 18, 2023, the Court issued an order noting that the parties appeared to have settled all aspects of this case and directing them to advise the Court whether they required any further action of it, including the entry of judgment in accordance with the August 29, 2023 offer of judgment that Mr. Zakeri accepted.  Dkt. No. 48; *see also* Dkt. No. 41-1 at ECF 148-150 (indicating plaintiff accepted Rule 68 offer of judgment); Fed. R. Civ. P. 68(a) (directing the clerk to enter judgment upon notice that an offer of judgment has been accepted).

The parties responded with a status report stating that they planned to file a stipulated dismissal by January 12, 2024.  Dkt. No. 49.  That date has passed and no stipulation has been filed.

Accordingly, the Court orders the parties to appear in Courtroom 2, 5th Floor, 280 South First Street, San Jose, California 95113 on **January 30, 2024 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed with prejudice or why judgment should not be entered.

**IT IS SO ORDERED.**

Dated: January 16, 2024

_____
VIRGINIA K. DEMARCHI
United States Magistrate Judge

United States District Court
Northern District of California